IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                        No. 2:12-cv-0804 WBS EFB P

    vs.

THRAFT, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 26, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed June 26, 2012, are adopted in full;

2. Plaintiff's application to proceed *in forma pauperis* (Dckt. No. 7) is denied;

3. Plaintiff is directed to pay the $350 filing fee within 21 days; and

4. Should plaintiff fail to pay the filing fee in full as ordered, this case will be dismissed.  See 28 U.S.C. § 1914(a).

DATED:   August 8, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2