IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                      No. 2:12-cv-0804 WBS EFB P

    vs.

THRAFT, et al.,

    Defendants.           <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 9, 2012, the court denied plaintiff's application to proceed *in forma pauperis* and directed plaintiff to pay the $350 filing fee within 21 days. <u>See</u> 28 U.S.C. § 1914(a). The court warned plaintiff that failure to timely pay the filing fee would result in dismissal of this action.[1]

///

---

[1] Although it appears from the file that plaintiff's copy of the court's order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  For the reasons stated in the magistrate judge's June 26, 2012 Findings and
2  Recommendations, plaintiff is not eligible to proceed in forma pauperis, and must therefore pay
3  the filing fee to proceed with this action.  The time for acting has passed and plaintiff has not
4  paid the filing fee.
5  Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  See 28
6  U.S.C. § 1914(a).
7  DATED:   September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE